IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| C'LINA SABILLON, *individually and on behalf of all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:17-CV-207-RP-JCM |
| FMS, INC. AND JOHN DOES 1–25, | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Dkt. 19). The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. The Court therefore **ORDERS** that the case is **DISMISSED WITH PREJUDICE**. All costs shall be taxed to the party incurring them. This action is **CLOSED**.

**SIGNED** on April 26, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE